HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
VALENTIN SANCHEZ-PERALTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-po-00237-SAB |
| Plaintiff, | AMENDED STIPULATION TO EXTEND PROBATION AND MODIFY A CONDITION OF PROBATION PURSUANT TO 18 U.S.C. §§ 3563(C) AND 3564(D); ORDER |
| vs. | |
| VALENTIN SANCHEZ-PERALTA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for the plaintiff, and Assistant Federal Defender Laura Myers, counsel for Valentin Sanchez-Peralta, that the Court may extend Mr. Sanchez-Peralta's term of probation to expire on September 29, 2023; modify condition 5 to give Mr. Sanchez-Peralta until August 4, 2023, to complete the First Time DUI Offender Program; and modify condition 6 to continue the review hearing to August 17, 2023, and extend the deadline for filing a status report to August 10, 2023.

On June 23, 2022, this Court sentenced Mr. Sanchez-Peralta after he pled guilty to operating a motor vehicle under the influence with a blood alcohol content over .08. The Court imposed a 12-month term of probation with an expiration date of June 16, 2023. Pursuant to condition 5 of Mr. Sanchez-Peralta's probation, he must "enroll (by 8/01/2022) and complete (by 3/30/2023) the First Time DUI Offender Program through the California Department of Motor

1  Vehicles." ECF #25 at 2. Pursuant to condition 6, Mr. Sanchez-Peralta "is ordered to personally

2  appear for Probation Review Hearing on 4/20/2023 at 10:00 a.m." and submit a status report by

3  April 6, 2023.

4        Mr. Sanchez-Peralta attempted to enroll in a First Time DUI Offender Program before

5  August 1, 2022, but the program he sought to join was full.  He acknowledges that he should

6  have continued trying to find an open program, even after August 1, and he takes responsibility

7  for not being more diligent in doing so.

8        Mr. Sanchez-Peralta has been in contact with the Escuela Hispaña de Alcohol, and that

9  program has availability for him to begin immediately upon presenting the necessary paperwork.

10       Given the unanticipated delay in completing the First Time DUI Offender Program, the

11 parties hereby request that the Court extend the deadline by which Mr. Sanchez-Peralta must

12 complete the program to August 4, 2023. This will enable Mr. Sanchez-Peralta to complete the

13 classes and obtain a certificate of completion to be submitted along with his status report. The

14 parties further request that the Court extend the term of probation to September 29, 2023, with a

15 review hearing on August 17, 2023, and a status report due one week prior. Mr. Sanchez-Peralta

16 waives his right to a hearing on the extension of probation and modification of the terms of

17 probation.

18       Mr. Sanchez-Peralta is in compliance with all other conditions of probation. He paid the

19 $1240 fine in accordance with the schedule set out in condition #4.  He made his final payment

20 on March 15, 2023.

21

22       Respectfully submitted,

23

24       PHILLIP A. TALBERT
      United States Attorney

25

26 Date:  April 21, 2023      */s/ Chan Hee Chu*
      CHAN HEE CHU

27       Special Assistant United States Attorney
      Attorney for Plaintiff

28

HEATHER E. WILLIAMS
Federal Defender

Date: April 21, 2023                    */s/ Laura Myers*
                                        LAURA MYERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        VALENTIN SANCHEZ-PERALTA

# O R D E R

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. §§ 3563(c) and 3564(d), the Court hereby extends probation to September 29, 2023, and modifies conditions 5 and 6 as follows:

5. The defendant shall complete the First Time DUI Offender Program through the California Department of Motor Vehicles, in Los Angeles County, by August 4, 2023. Proof to be provided upon completion and with the status report.

6. The defendant is ordered to personally appear for a **Probation Review Hearing on August 17, 2023, at 10:00 a.m. before U.S. Magistrate Judge Stanley A. Boone.** A status report regarding the defendant's performance on probation shall be filed by the defendant, along with proof of completion of the First Time DUI Offender Program, no later than August 10, 2023.

All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 21, 2023**                         _____
                                                    UNITED STATES MAGISTRATE JUDGE